Galen D. BROOKS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 520, 2016

Supreme Court of Delaware.

Submitted: November 22, 2016

Decided: February 14, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1206011471

AFFIRMED.

Marvin HOLMES, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 629, 2015

Supreme Court of Delaware.

Submitted: December 1, 2016

Decided: February 14, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1210015494

DISMISSED.

The DELAWARE AUCTIONEERS ASSOCIATION, Plaintiff– Below, Appellant,

v.

DELAWARE REAL ESTATE COMMISSION, Defendant– Below, Appellee.

No. 456, 2016

Supreme Court of Delaware.

Submitted: February 15, 2017

Decided: February 16, 2017

Reargument Denied March 6, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N15C–04–012

AFFIRMED.

Tariq LOAT, Defendant– Below, Appellant,

v.

STATE of Delaware, Plaintiff– Below, Appellee.

No. 254, 2016

Supreme Court of Delaware.

Submitted: February 8, 2017

Decided: February 22, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1511011409

AFFIRMED.